# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHARLES GRADY, JR., | Case No. 1:12-cv-00882-DLB PC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | ECF No. 11 |
| SALVEIRA, et al., | RESPONSE DUE WITHIN FOURTEEN DAYS |
| Defendants. | |

Plaintiff Charles Grady, Jr. ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On February 27, 2013, the Court issued an order for Plaintiff to complete and return documents for the United States Marshals Service to complete service of process. ECF No. 11. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:  __April 29, 2013__          _____ /s/ Dennis L. Beck ____
                                        UNITED STATES MAGISTRATE JUDGE

1