# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES GRADY, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SALVERIA,<br><br>　　　　Defendant. | Case No. 1:12-cv-00882 DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO ORDER TO SHOW CAUSE WITHIN TWENTY DAYS |

　　　　Plaintiff Charles Grady, Jr. ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On April 29, 2013, the Court issued an Order to Show Cause why the action should not be dismissed for Plaintiff's failure to return the service documents. On May 30, 2013, the Court granted Plaintiff's request for an extension of time and gave Plaintiff until June 20, 2013, to respond.

　　　　On June 11, 2013, the order granting the extension was returned to the Court. The Court updated Plaintiff's address pursuant to his May 20, 2013, filing and reserved the order on June 14, 2013. Plaintiff may have received the order after June 20, 2013, the date a response was due.

　　　　To ensure that Plaintiff has a sufficient amount of time to respond to the Order to Show Cause, the Court ORDERS Plaintiff to file a response within **twenty (20) days.**

**Failure to file a response will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: __**July 31, 2013**__          /s/ *Dennis L. Beck*
                                     UNITED STATES MAGISTRATE JUDGE

2